**Benjamin William FAWLEY,
Plaintiff—Appellant,**

v.

**William E. JOHNSON, Esquire; Christopher J. Collins, Esquire; John S. Gill, Commonwealth Attorney; John C. Bullaro, Special Prosecutor; Wil-**

liam H. Shaw, III, Judge, Mathews County Circuit Court; Commonwealth of Virginia; County of Mathews, Virginia, Defendants—Appellees.

No. 10–6930.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 7, 2010.

Benjamin William Fawley, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin William Fawley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fawley v. Johnson*, No. 2:10–cv–00175–MSD–FBS (E.D. Va. June 24, 2010). We deny Fawley's motion to allow documents, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*